IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

        Plaintiff,                     No. CIV S-05-2548 DFL GGH P

    vs.

RODERICK HICKMAN, et al.,

        Defendants.

_____/       ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2006, the court issued an order addressing plaintiff's amended complaint filed January 30, 2006. The court found that the amended complaint stated a colorable claim for relief against defendants Naku and Solomon. The court dismissed with leave to amend the claims against defendants Mahmoud, Tan, Thor, Rohrer and Duerv. The court found that the amended complaint contained no allegations against defendants Tan, Thor, Rohrer or Deurv. The court also found that plaintiff's claims against defendant Mahmoud were vague and conclusory. Plaintiff was granted thirty days to file an amended complaint.

        On March 6, 2006, plaintiff filed a second amended complaint. While the second amended complaint alleges that plaintiff received inadequate medical care, it does not specifically link any of the defendants to the alleged deprivations. Much of the second amended

1

1  complaint is spent describing plaintiff's attempt to obtain relief in state court.  In addition, the
2  second amended complaint does not describe the relief sought.  For these reasons, the court finds
3  that the second amended complaint fails to state a colorable claim for relief.
4         Rather than having plaintiff a third amended complaint, the court will order
5  service of the first amended complaint as to defendants Naku and Solomon.  The court will
6  separately recommend dismissal of the other defendants named in the first amended complaint.
7         Accordingly, IT IS HEREBY ORDERED that:
8         1. Plaintiff's second amended complaint filed March 6, 2006, is dismissed;
9         2. Service is appropriate for the following defendants: Naku and Solomon.
10         3. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons,
11  an instruction sheet and a copy of the amended complaint filed January 30, 2006.
12         4. Within thirty days from the date of this order, plaintiff shall complete the
13  attached Notice of Submission of Documents and submit the following documents to the court:
14             a. The completed Notice of Submission of Documents;
15             b. One completed summons;
16             c. One completed USM-285 form for each defendant listed in number 3
17             above; and
18             d. Two copies of the endorsed complaint filed January 30, 2006.
19         5. Plaintiff need not attempt service on defendants and need not request waiver of
20  service.  Upon receipt of the above-described documents, the court will direct the United States
21  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
22  without payment of costs.
23  DATED: 3/24/06

                                    /s/ Gregory G. Hollows
24                                  _____
                                    GREGORY G. HOLLOWS
25  arr2548.1                        UNITED STATES MAGISTRATE JUDGE
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

      Plaintiff,                                 No. CIV S-05-2548 DFL GGH P

      vs.

RODERICK HICKMAN, et al.,           NOTICE OF SUBMISSION

      Defendants.                      OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           1      completed summons form

           2      completed USM-285 forms

           3      copies of the _____
                                       Complaint/Amended Complaint

DATED:

                                                                _____
                                                                 Plaintiff