IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

    Plaintiff,                        No. CIV S-05-2548 DFL GGH P

    vs.

RODERICK HICKMAN, et al.,

    Defendant.                    ORDER

_____/

       In his second amended complaint filed March 6, 2006, plaintiff requests that the undersigned recuse himself from this action. Plaintiff contends the court has conducted itself in a biased and prejudicial way.

       A judge is required to disqualify himself if his impartiality might reasonably be questioned, 28 U.S.C. § 455(a), or if he has a personal bias or prejudice against a party, 28 U.S.C. § 455(b)(1).

       Where the source of alleged bias or prejudice is a judicial proceeding, plaintiff must show a disposition on the part of the judge that "is so extreme as to display clear inability to render fair judgment." Liteky, 510 U.S. at 541, 114 S.Ct. at 1155. "Opinions formed by the judge on the basis of facts introduced or events occurring in the course of the current proceedings, or of prior proceedings, do not constitute a basis for a bias or partiality motion

1

1 unless they display a deep-seated favoritism or antagonism that would make fair judgment
2 impossible." Id. at 555, 114 S.Ct. at 1157.
3      This court's actions in this case do not support disqualification.  The actions taken
4 were an appropriate response to filings.  The court's rulings do not reflect an extreme disposition
5 or deep-seated antagonism.  They do not reflect animosity, partiality, or inability to render a fair
6 judgment in the instant action.  They do not indicate bias, personal or otherwise, or prejudice,
7 personal or otherwise.
8      Accordingly, IT IS HEREBY ORDERED that plaintiff's request that the
9 undersigned recuse himself, contained in his March 6, 2006, second amended complaint is
10 denied.
11 DATED: 5/9/2006

_____
DAVID F. LEVI
United States District Judge