IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

      Plaintiff,                             No. CIV S-05-2548 DFL GGH P

   vs.

RODERICK HICKMAN, et al.,

      Defendant.                        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 24, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Solomon was returned unserved because "CDC unable to locate." On June 6, 2006, the court granted plaintiff sixty days to obtain additional information regarding the location of defendant Solomon in order to effect service.

        On June 28, 2006, plaintiff filed a notice regarding his efforts to obtain information regarding the location of defendant Solomon. Plaintiff states that the litigation coordinator told him that defendant Solomon was not an employee of the California Department of Corrections and Rehabilitation (CDCR), but was contracted out from the National Medical Registry in San Clemente, California. For that reason, the litigation coordinator did not have the address for defendant Solomon.

1  The court cannot order the CDCR to provide plaintiff with an address that it does
2  not possess.  Plaintiff may still attempt to locate defendant Solomon through the National
3  Medical Registry.
4  Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from
5  the date of this order to provide further information in order to effect service of defendant
6  Solomon.

7  DATED: 8/7/06                                      /s/ Gregory G. Hollows

8                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
9
   GGH:kj
10 arr2548.cl