IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

    Plaintiff,   No. CIV S-05-2548 DFL GGH P

vs.

RODERICK HICKMAN, et al.,

    Defendants.   ORDER

_____/

    On August 7, 2006, the court granted plaintiff thirty days to provide further information in order to effect service of defendant Solomon. On September 5, 2006, plaintiff filed a response to the August 7, 2006, order. Plaintiff states that defendant Solomon is a defendant in CIV S-04-2559 LKK KJM P. Plaintiff suggests that the Deputy Attorney General assigned to represent defendant Solomon in CIV S-04-2559 LKK KJM P may know defendant's location.

    Defendants' counsel shall query the Department of Corrections to ascertain the whereabouts of defendant Solomon. If defendant Solomon is still employed with the Department of Corrections or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendant Solomon, counsel shall provide the address to plaintiff. In the event that counsel, after conducting a good faith

1

1  inquiry, cannot ascertain the business address of defendant Solomon, counsel shall so inform the
2  court.  Defendants' counsel shall file and serve the appropriate response within twenty days of the
3  file date of this order.
4        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
5  this order, defendants shall provide the court with the information discussed above regarding
6  defendant Solomon.

7  DATED: 10/5/06                 /s/ Gregory G. Hollows

8                            GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE
9

10 ggh:kj
   arr2548.8