IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

       Plaintiff,                    No. CIV S-05-2548 DFL GGH P

   vs.

RODERICK HICKMAN, et al.,

       Defendants.

_____/        ORDER

         On October 5, 2006, the court ordered defendants to provide information regarding the service of defendant Solomon within twenty days. On October 17, 2006, defendants filed the business address of defendant Solomon. Accordingly, plaintiff is directed to complete and return the forms necessary to effect service of defendant Solomon using defendant's business address.

         Accordingly, IT IS HEREBY ORDERED that:

         1. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed January 30, 2006.

         2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

         a. The completed Notice of Submission of Documents;

1

        b.  One completed summons;

        c.  One completed USM-285 form for defendant Solomon; and

        d.  Two copies of the endorsed complaint filed January 30, 2006.

    3.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/20/06                              /s/ Gregory G. Hollows

arr2548.srv                                  GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  |                                                                              |
| 2  |                                                                              |
| 3  |                                                                              |
| 4  |                                                                              |
| 5  |                                                                              |
| 6  |                                                                              |
| 7  |                                                                              |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

      Plaintiff,                            No. CIV S-05-2548 DFL GGH P

      vs.

RODERICK HICKMAN, et al.,          NOTICE OF SUBMISSION

      Defendants.                   OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 forms

      __2__     copies of the _____
                                     Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff