IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOLIS ARREOLA,<br><br>           Plaintiff,<br><br>    vs.<br><br>RODERICK HICKMAN, *et al.*,<br><br>           Defendants. | No. 2:05-cv-02548-JKS-GGH<br><br>ORDER |

       Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 17, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.  At Docket No. 39 the Court granted the motion of defendant B. Naku for failure to exhaust administrative remedies.  In opposing the motion of B. Naku, Plaintiff conceded that he had not exhausted his administrative remedies and that he had purposely bypassed his administrative remedies and proceeded directly to seek relief in the courts.  Having reviewed the motion of defendant Donal Solomon, the Court agrees with the Magistrate Judge that, on the merits, it appears from the unopposed motion that the facts clearly establish that, as with B. Taku, Plaintiff has failed to show that he had exhausted his administrative remedies.

       Accordingly, IT IS HEREBY ORDERED THAT:

1.     The Findings and Recommendations filed May 17, 2007, are adopted in full;

2. The motion to dismiss filed by Defendant Donal Solomon at Docket No. 38 is GRANTED;

3. The Complaint as against Defendant Donal Solomon is DISMISSED, without prejudice, in its entirety; and

4. The Court having previously entered orders at Docket Nos. 15 and 39 dismissing all other named defendants, the Clerk of the Court to enter final judgment dismissing the Complaint in its entirety against all defendants, without prejudice.

Dated:  January 14, 2008

s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge
